**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JENNIFER VARQUEZ AND WILLIAM
VARQUEZ, W/H,

          Petitioners

      v.

CALISTA, INC. AND THORNBURY NOBLE,
LTD.,

          Respondents

:  No. 347 MAL 2022
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 7th day of February, 2023, the Petition for Allowance of Appeal is

**DENIED**.